USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/21/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **JANE DOE 16 ET AL,** | |
|                          **Plaintiff,** | **20-cv-1791 (ALC)** |
|       -against- | **ORDER** |
| **COLUMBIA UNIVERSITY, et al.,** | |
|                          **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter motion requesting a pre-motion conference.

Plaintiff is directed to respond to Defendant's pre-motion conference request letter on or before **July 27, 2020.**

**SO ORDERED.**

Dated: July 21, 2020
       New York, New York
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**