USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/28/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

**JANE DOES 16, 29, ET AL,**

                    **Plaintiff/Relator,**          20-cv-1791 (ALC)

      **-against-**                              **ORDER**

**COLUMBIA UNIVERSITY, ET AL,**

                        **Defendant.**

------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

On July 20, 2020, Defendant filed a request for pre-motion conference. Plaintiffs should file a response to this request by September 4, 2020.

**SO ORDERED.**

**Dated:  August 28, 2020**
         **New York, New York**                 **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**