

**SLATER SLATER SCHULMAN LLP**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 27, 2021

August 26, 2021

**VIA ECF**

United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Attention: Honorable Judge Andrew L. Carter, Jr.

**MEMO ENDORSED**

Re:   Hoechstetter et al v. Columbia University et al,
      Civil No.:   19-cv-02978
      Civil No.:   20-cv-01791

Dear Judge Carter:

The above matter is scheduled for a status conference on September 7, 2021. Please permit this correspondence to serve as a request to adjourn that conference to Monday, September 20th, 2021.

The current conference date is during Rosh Hashanah and I observe the holiday. The following week is Yom Kippur and therefore, I respectfully request the conference be rescheduled to September 20, 2021.

The Defendants consent to this application.

Thank you for your consideration.

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 27, 2021
The Court adjourns the telephone conference to September 20, 2021 at 11:00 a.m. Plaintiffs' Counsel shall initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749
(Conference Code: 3768660).

Very truly yours,

*/s/ Adam P. Slater*

Adam P. Slater, Esq.
*Counsel for Plaintiffs*
Slater Slater Schulman LLP

   cc:   **All Parties Via ECF**
         **Magistrate Judge Katharine H. Parker Via Email:**
         **Parker_NYSDChambers@nysd.uscourts.gov**