**SLATER SLATER SCHULMAN LLP**
ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: September 17, 2021

*VIA ECF*

United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Attention: Honorable Judge Andrew L. Carter, Jr.

**MEMO ENDORSED**

Re:   1:19-cv-02978-ALC and 1:20-cv-01791-ALC
      *Plaintiffs' Request for Adjournment and Stay or Pre-Motion Conference*

Dear Judge Carter:

The above matter is scheduled for a status conference on September 20, 2021. Please permit this correspondence to serve as a request to adjourn that conference to October 5, 2021.

The undersigned has a mediation scheduled for the September 20th, therefore, I respectfully request the conference be rescheduled to October 7, 2021.

The Defendants consent to this application.

Thank you for your consideration.

SO ORDERED:

*(signature)*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

September 17, 2021
The Court adjourns the conference to October 14, 2021 at at 11:00 a.m. Plaintiffs' Counsel shall initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660).

Very truly yours,

*(signature)*
Adam P. Slater, Esq.
*Counsel for Plaintiffs*
Slater Slater Schulman LLP

cc:   **All Parties Via ECF**
      **Magistrate Judge Katharine H. Parker Via Email:**
      **Parker_NYSDChambers@nysd.uscourts.gov**