UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
MARISSA HOECHSTETTER ET AL,           :
                                      :
                  Plaintiffs,         :    19-cv-2978 (ALC)
                                      :
          -against-                   :    ORDER
                                      :
COLUMBIA UNIVERSITY ET AL,            :
                                      :
                  Defendants.         :
------------------------------------------------------------ x


------------------------------------------------------------ x
JANE DOE 16 ET AL,                    :
                                      :
                  Plaintiffs,         :
                                      :    20-cv-1791 (ALC)
          -against-                   :
                                      :    ORDER
COLUMBIA UNIVERSITY ET AL,            :
                                      :
                  Defendant.          :
------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court adjourns the October 14, 2021 conference in this matter. The Court shall hold a telephone conference in this matter on November 11, 2021 at 11:00 a.m. Plaintiffs' Counsel shall initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated: September 30, 2021
    New York, New York

                   **ANDREW L. CARTER, JR.**
                   **United States District Judge**