# Vaslas Lepowsky Hauss & Danke LLP

Attorneys at Law
201 Edward Curry Avenue, Suite 100
Staten Island, New York 10314

| Manhattan Office | Telephone (718) 761-9300 | New Jersey Office |
|---|---|---|
| 40 Broad Street, 7th Floor | Facsimile (718) 761-9090 | 10 Auer Court |
| New York, NY 10004 | www.vlhd-law.com | E. Brunswick, NJ 08816 |
| Tel: (212) 374-9555 | | Tel: (732) 613-5083 |

Olena Sharvan
Associate

Admitted in New York
osharvan@vlhd-law.com

October 29, 2021

**_Via ECF and courtesy copy via email (ALCarterNYSDChambers@nysd.uscourts.gov)_**
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Attention: Honorable Judge Andrew L. Carter, Jr.

      Re:    **Jane Does 16, 29, et al v. Columbia University et al.**
              **Civil No.: 20-cv-01791**
              **Civil No.: 19-cv-02978**

Honorable Judge Carter:

The above matter is scheduled for a status conference on November 15, 2021. Please permit this correspondence to serve as a request to adjourn that conference to a later date due to the scheduling conflict.

Due to counsel unavailability, it is respectfully requested that the conference in the above referenced actions is adjourned to a later date. This is the first request of this kind submitted by our office.

Thank you for your consideration.

                                        Respectfully yours,

                                        Olena Sharvan

Cc: All Parties VIA ECF