```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
MARISSA HOECHSTETTER ET AL,           :
                                      :
                   Plaintiffs,        :
                                      :      19-cv-2978 (ALC)
       -against-                      :
                                      :      ORDER
COLUMBIA UNIVERSITY ET AL,            :
                                      :
                   Defendants.        :
------------------------------------------------------------ x
JANE DOE 16 ET AL,                    :
                                      :
                   Plaintiffs,        :
                                      :      20-cv-1791 (ALC)
       -against-                      :
                                      :      ORDER
COLUMBIA UNIVERSITY ET AL,            :
                                      :
                   Defendant.         :
------------------------------------------------------------ x
```

**ANDREW L. CARTER, JR., United States District Judge:**

A telephonic conference is currently scheduled for November 15, 2021 at 2:00PM.  **The hearing is hereby ADJOURNED until December 1, 2021 at 12:00PM.**  Plaintiffs' Counsel shall initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:   November 2, 2021
         New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/2/2021