

SLATER SLATER SCHULMAN LLP
ATTORNEYS AT LAW

*VIA ECF*

December 4, 2021

United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007
Attention: Honorable Judge Andrew L. Carter, Jr.

**Re:**  **1:19-cv-02978-ALC and 1:20-cv-01791-ALC**
*Request to be Relieved as Counsel*

Dear Judge Carter:

    This firm represents claimants in the above-mentioned matters. Pursuant to His Honor's Individual Practice Rule 1(A) and to Local Civil Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, counsel is moving to withdraw as attorney of record for claimants in these matters.

    As indicated during the telephonic conference on December 1, 2021, no parties object to this application.

    Thank you for your consideration.

Very truly yours,

*[signature]*

Adam P. Slater, Esq.
*Counsel for Plaintiffs*
Slater Slater Schulman LLP

**cc:**   **All Parties Via ECF**
      **Magistrate Judge Katharine H. Parker Via Email:**
      **Parker_NYSDChambers@nysd.uscourts.gov**

www.sssfirm.com

MANHATTAN | LONG ISLAND | PENNSYLVANIA | NEW JERSEY | LOS ANGELES

445 Broad Hollow Road, Suite 419, Melville, NY 11747 | 631.420.9300