# EXHIBIT G

| | COMPLAINT - FOLLOW UP<br>INFORMATIONAL REPORT - INTERVIEW TELEPHONE | Crime/Condition<br>SEX CRIMES | Command<br>019-19TH PRECINCT<br>Date of This Report<br>07/01/2012 |
|---|---|---|---|
| Date of UF61<br>06/29/2012 | Date Case Assigned<br>06/30/2012 | Complaint No.<br>2012-019-04337 | Case No.<br>2012 - 532 | Unit Reporting<br>SPECIAL VICTIM | Follow-Up No.<br>3 |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (INTERVIEW TELEPHONE) GENIE DELACARRIE - OBGYN DEPT. ADMINISTRATOR | 06/30/2012 | 17:00 |

| Complainant's Name | Address | | Apt No. |
|---|---|---|---|
| | STREET MANHATTAN NY | | |
| Nickname/Alias/Middle Name | | | |
| Sex<br>FEMALE | Race<br>WHITE | Date of Birth | Age<br>39 |
| Home Telephone | Business Telephone<br>999-999-9999 | Cell Phone | Beeper #<br>999-999-9999 | E-Mail Address<br>MAC.COM |

| Person Interviewed Last Name, First M.I.<br>DELACARRIE, GENIE | Address<br>16 EAST 60 STREET MANHATTAN NY | Apt No. |
|---|---|---|
| Nickname/Alias/Middle Name | | |
| Position/Relationship<br>UNKNOWN/NONE | Sex<br>FEMALE | Race | Date of Birth | Age |
| Home Telephone<br>999-999-9999 | Business Telephone<br>999-999-9999 | Cell Phone<br>914-589-0881 | Beeper # | E-Mail Address<br>NONE@NONE.COM |

**Details**

**Summary of Investigation:**
1. On June 30, 2012, at approximately 1700 hours, I spoke to Genie Delacarrie, OBGYN Department Administrator at Columbia Presbyterian. Genie stated the following:

She did call C/V and left her a message on her cell phone because she heard there was a complaint and that C/V was upset and she wanted to talk to her about it. Genie stated that she became aware the Police was called because the Senior Physician, Chairwomen of the Department, Mary D'Alton had informed her the Police were currently present at their office, located on 16 West 60th Street investigating a Sexual Assault. Genie stated Dr. Hadden's Superior Dr. John Evanko was also present. Genie stated she never had the opportunity to speak with C/V.

2. Submitted for your information.

| Activity Address Location<br>OFFICE | Street | City | State | Zip | Apt # |
|---|---|---|---|---|---|
| Cross Street | | Intersection of<br>and | | Premise Type | |

| Reporting Officer: | Rank<br>DT3 | Name<br>MADELINE ACEVEDO | Tax Reg. No. | Command<br>256-DET BUREAU MAN SPEC VIC SQUAD |
|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed<br>07/02/2012 | Date of Next Review | Name<br>ADAM LAMBOY | Supv. Tax No. |