# EXHIBIT H

Susan

From: Cori Scheiner <cos9042@nyp.org>
Sent: Tuesday, April 14, 2020 5:08 PM
To: Susan Tabickman <stabickm@nyp.org>; Ann Lawson <lawsona@nyp.org>
Cc: Vivian Hammer <vih9015@nyp.org>; Joselin Duran <jod9083@nyp.org>
Subject: Medical Records

Hi Susan and Ann –

I hope all is well. Can you please provide NYPH records on the following claimants:





Thank you. Please let me know if you have any questions.

Cori Scheiner, J.D., LL.M.
Associate General Counsel
New York-Presbyterian Hospital
Office of Legal Affairs & Risk Management
466 Lexington Avenue
13th Floor – Box 36
New York, New York 10017
Tel: (646) 317-6450
E-mail: cos9042@nyp.org

This e-mail message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Confidential Information subject to NYP's (and its affiliates"| Information management and security policies (http://infonet.nyp.org/QA/HospitalManual).