```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARISSA HOECHSTETTER, et al.,

                              Plaintiffs,

      -against-

COLUMBIA UNIVERSITY, et al.,

                              Defendants.
-----------------------------------------------------------------X
JANE DOE 16, et al.,

                              Plaintiffs,

      -against-

COLUMBIA UNIVERSITY, et al.,

                              Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**19-CV-2978 (ALC) (KHP)**

**20-CV-1791 (ALC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Settlement Conference scheduled for **August 16, 2022** is hereby adjourned. A mutually agreeable date for the rescheduling of this proceeding will be discussed at the **August 23, 2022** Case Management Conference.

      **SO ORDERED.**

DATED:    New York, New York
               August 11, 2022

_____
KATHARINE H. PARKER
United States Magistrate Judge