**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARISSA HOECHSTETTER, et al.,

                          Plaintiffs,

        -against-

COLUMBIA UNIVERSITY, et al.,

                          Defendants.
-----------------------------------------------------------------X
JANE DOE 16, et al.,

                          Plaintiffs,

        -against-

COLUMBIA UNIVERSITY, et al.,

                          Defendants.
-----------------------------------------------------------------X

**ORDER TO SHOW CAUSE**

**19-CV-2978 (ALC) (KHP)**

**20-CV-1791 (ALC) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Jane Doe #2 is invited to virtually attend the conference scheduled in these actions on September 13, 2022 at 10:00 a.m. Eastern Daylight Time, to speak off-the-record with the Court regarding settlement. If Jane Doe #2 is available to attend the conference, she may coordinate with Plaintiffs' counsel Mr. Anthony DiPietro, who may dial her into the conference at the appropriate time. To the extent Jane Doe #2 is represented by someone other than Mr. DiPietro, her representative shall attend with her.

      **SO ORDERED.**

DATED:    New York, New York
              September 12, 2022

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/2022