**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**David E. Gottlieb**
dgottlieb@wigdorlaw.com

September 12, 2022

**VIA ECF**

The Honorable Katharine H. Parker
Southern District of New York
United States Courthouse
500 Pearl St., Courtroom 17D
New York, NY 10007-1312

   Re: Hoechstetter et al. v. Columbia University et al., No. 19-CV-2978 (ALC) (KHP);
      Jane Doe 16 et al. v. Columbia University et al., No. 20-CV-1791 (ALC) (KHP)

Dear Judge Parker,

We represent Jane Doe #2[1] and write to respectfully respond to the Court's order dated earlier today at Docket Nos. 112 (in Jane Doe 16) and 182 (in Hoechstetter). We understand the Court has a busy docket and we appreciate Your Honor's willingness and invitation to include our client in tomorrow's conference. However, for reasons we are not permitted to disclose, at this stage we and our client must respectfully decline the invitation. We appreciate the Your Honor's ongoing efforts in these related matters and we will inform the Court if we believe judicial intervention may be beneficial with respect to our client's particular matter.

For the avoidance of any doubt, Jane Doe #2 is represented by our firm and has fully disengaged the Law Office of Anthony T. DiPietro. This has been communicated in several writings to Mr. DiPietro and defense counsel.

Respectfully submitted,

David E. Gottlieb

cc: All counsel of record (via ECF)

---

[1] Our client has been told that her claims have not been filed before this Court and that she is not an active litigant. Our client also does not recall having been told that she is identified in any proceeding as "Jane Doe #2." We have been told by Mr. DiPietro and counsel for Columbia University et al. that the Court's order refers to our client.