UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 16, et al., <br><br> Plaintiff, <br><br> -against- <br><br> COLUMBIA UNIVERSITY, et al., <br><br> Defendant. | 20-CV-1791 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **sixty days**.

**SO ORDERED.**

Dated: November 9, 2022
      New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge